IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PHILLIPPI SULTAN LOWE, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>JONATHAN JENKINS, et al., )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>2:22cv555-MHT<br>(WO) |

**ORDER**

This matter is before the court on plaintiff Phillippi Sultan Lowe's complaint (Doc. 1), in which he requests an immediate "no contact" order. Specifically, Lowe seeks an order prohibiting two of the defendants from having any contact with a child named in the complaint, and asks that the child be removed from said defendants' custody "immediately." Complaint (Doc. 1) at 2. The court construes this request as a motion for temporary restraining order under Federal Rule of Civil Procedure 65(b).

A temporary restraining order shall issue only if the movant establishes that he has a "substantial

likelihood of success on the merits." *Citizens for Police Accountability Political Comm. v. Browning*, 572 F.3d 1213, 1217 (11th Cir. 2009).  Lowe's motion fails to do so.  The two-page motion contains only conclusory allegations, and lacks facts and evidence that support his claims.

Accordingly, it is ORDERED that the motion for temporary restraining order contained in the complaint (Doc. 1) is denied.

DONE, this the 21st day of September, 2022.

                                  /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**