IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| PHILLIPPI SULTAN LOWE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:22cv555-MHT |
| | ) | (WO) |
| JONATHAN JENKINS, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

Plaintiff filed a confusing complaint asserting, to the best of the court's understanding, that defendants and others fraudulently conspired to take custody of his children and then abused them. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's

recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of August, 2023.

                                       /s/ Myron H. Thompson  
                                     **UNITED STATES DISTRICT JUDGE**